1  RON TAVAKOLI, ESQ., State Bar No. 170445
   RON TAVAKOLI LEGAL CENTER
2  2550 Bayside Walk, suite 202
   San Diego, CA 92109
3  Telephone: (310) 800-1797
   Ron@rontlaw.com
4
   Attorney for Plaintiffs
5  ALBERTO PIMENTEL, GUADALUPE RAMIREZ and
   SOPHIA PIMENTEL (a minor)
6
   GUILLERMO MARRERO, ESQ., State Bar No. 099056
7  TODD RATAY, ESQ., State Bar No. 241299
   **INTERNATIONAL PRACTICE GROUP, P.C.**
8  1350 Columbia Street, Suite 500
   San Diego, California 92101
9  Telephone: (619) 515-1480
   Facsimile: (619) 515-1481
10 gmarrero@ipglaw.com

11
   Attorneys for Defendant
12 SEAWORLD LLC

13

14

15                  **UNITED STATES DISTRICT COURT**

16              **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

17

| | |
|---|---|
| 18  ALBERTO PIMENTEL, an individual; GUADALUPE RAMIREZ, an individual; and SOPHIA PIMENTEL, a minor child,<br><br>Plaintiffs,<br><br>v.<br><br>SEAWORLD, SEAWORLD PARKS & ENTERTAINMENT, INC.; and DOES 1 through 100, inclusive;<br><br>Defendants. | Case No.: 24-cv-000127-JAH-SBC<br><br>**JOINT STIPULATION REGARDING LIABILITY AND TO SUBSTITUTE SEAWORLD, LLC FOR SEAWORLD PARKS & ENTERTAINMENT, INC. AND TO DISMISS SEAWORLD PARKS & ENTERTAINMENT, INC., WITHOUT PREJUDICE** |

---

Joint Stipulation Regarding Liability and Dismissal of Party Defendant

INTERNATIONAL PRACTICE GROUP, P.C.

1    Plaintiffs Alberto Pimentel, Guadalupe Ramirez, and Sophia Pimentel (a minor), by and through her Guardian ad Litem, Alberto Pimentel, and Defendant SeaWorld Parks & Entertainment, Inc., by and through their respective counsel of record, have met and conferred and **HEREBY STIPULATE:**

1. SeaWorld LLC is solely responsible for the operations of SeaWorld San Diego (the "Park"), the condition of the park, the actions of its employees, and any other acts or occurrences that allegedly transpired giving rise to this action.

2. Defendant SeaWorld Parks & Entertainment, Inc., has no involvement or responsibility for the operations of SeaWorld San Diego, the condition of the Park, the actions of its employees, or any other acts or occurrences that allegedly transpired giving rise to this lawsuit.

3. Plaintiffs agree to dismiss Defendant SeaWorld Parks & Entertainment, Inc., without prejudice, and substitute SeaWorld LLC in its place as a defendant in this matter.

**IT IS SO STIPULATED.**

Dated: February 1, 2024

RON TAVAKOLI LEGAL CENTER

By: _____
RON TAVAKOLI
*Attorney for Plaintiffs*

Dated: February 1, 2024

INTERNATIONAL PRACTICE GROUP,
A PROFESSIONAL CORPORATION

By: _____
GUILLERMO MARRERO
*Attorneys for Defendant*