UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ALBERTO PIMENTEL, et al.<br><br>Plaintiffs,<br><br>v.<br><br>SEAWORLD PARKS, INC., et al.,<br><br>Defendants. | Case No.:  3:24-cv-00127-JAH-SBC<br><br>**ORDER VACATING HEARING** |
|---|---|

Presently before the Court are Plaintiff's Motion to Dismiss and Motion to Set an Order to Show Cause Why Sanctions Should Not be Imposed.  ECF No. 34 ("Motions"). After a careful review of the briefings, the Court deems these Motions suitable for adjudication without oral argument.  *See* CivLR 7.1.d.1.  Accordingly, IT IS HEREBY ORDERED the Motions are taken under submission without oral argument, and the hearing set for April 9, 2025, at 2:30 p.m. is **VACATED**.  The Court will issue an Order in due course.

DATED: April 3, 2025

JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE